*John J. Scully* for appellant.

*Reuben H. Kohn, Jack Goodman* and *Franklin P. Gavin* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.

BENJAMIN H. ROTH et al., Copartners Doing Business under the Name of B. H. ROTH & Co., Appellants and Respondents, *v.* MILTON ZAIDENBERG, Respondent and Appellant.

Argued November 23, 1948; decided January 6, 1949.

*Lloyd B. Kanter* and *Oscar A. Lewis* for plaintiffs, appellants and respondents.

*Henry Cohen* and *Jonathan B. Bingham* for defendant, respondent and appellant.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.